**Order filed November 22, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00774-CV
_____

**BLUE SKY SATELLITE SALES & THEATER SERVICES, LLC, Appellant**

**V.**

**K18th, LLC, Appellee**

**On Appeal from the 146th District Court**
**Bell County, Texas**
**Trial Court Cause No. 313 015-B**

## ORDER

The notice of appeal in this case was filed September 21, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On October 26, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court within ten (10) days of the date of this order arrangements have been made to pay for the clerk's record. *See* Tex.R.App.P. 35.3(c). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.